UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIANE RIANNA
    Plaintiff
V.                                  C.A. No. 1:05-cv-11635 NG

SHERLE WAGNER
INTERNATIONAL, LLC
    Defendant

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of the Plaintiff, Diane Rianna.

_____
ANDREW BERG
BBO # 641995
Sammartino & Berg LLP
128 Dorrance Street, Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274-0175
BERG@SBLLP.NET

**CERTIFICATION OF SERVICE**

I hereby certify that on this 17th day of November, 2005, I mailed a true copy of the above Entry of Appearance to counsel for the defendant, Michael J. Markoff, Esquire, 184 Jones Road, P.O. Box 212, Falmouth, MA 02541-0212.

_____