# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Diane Rianna**

Plaintiff

　　　　V.

Sherle Wagner International, LLC

Defendant

CIVIL ACTION

NO. 05-11635-NG

## SETTLEMENT ORDER OF DISMISSAL

Gertner, D. J.

　　The Court having been advised on December 12, 2005 that the above-entitled action has been settled;

　　IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

| | |
|---|---|
| 12/12/05 | s/Maryellen Molloy |
| Date | Deputy Clerk |

(30 DISM RIANNA 12-05.wpd - 12/98)　　　　　　　　　　　　　　　　　　　　　　[stlmtodism.]